UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:23-cv-01567-RLY-KMB ) |
| $155,550.00 IN MONEY ORDERS IN UNITED STATES CURRENCY, | ) ) ) |
| Defendant, | ) ) |
| and | ) |
| ROYAL POWER AND ENERGY LIMITED, | ) ) ) |
| Claimant. | ) |

## DEFAULT JUDGMENT

Plaintiff, the United States of America, has moved pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for entry of judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the Defendant Property. The individuals from whom the Defendant Property was seized were served and failed to file a claim or an answer in this action. On January 3, 2025, a Clerk's Entry of Default was entered against Babjide Adepoju, Laura Aizkalns, and all other potential claimants having an interest in the Defendant Property that failed to plead or otherwise defend. On June 8, 2025, Royal Power and Energy Limited, filed its Statement Withdrawing Verified Claim and Statement of Interest. The Court deems that Babjide Adepoju, Laura Aizkalns, and all potential claimants admit the allegations of the Complaint to be true.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment by default is now entered pursuant to Rule 55(b)(2) against all potential claimants, and the Defendant Property is hereby FORFEITED to the United States of America.

The United States is ordered to dispose of said property according to law.

IT IS ALSO HEREBY DECREED that there was reasonable cause for the seizure of the Defendant Property as that term is used in Title 28, United States Code, Section 2465 and that any and all persons connected with the seizure of the Defendant Property, or any person connected with the bringing of this action will not be liable to suit or judgment on account of this suit or prosecution.

Date: 7/21/2025

Kristine L. Seufert, Clerk

BY: ___Dina M. Doyle___
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

Service via first class U.S. Mail on:

> Babjide Adepoju,
> 14820 Hardcastle St.
> Laurel, MD 20707
>
> Laura Aizkalns
> 4735 Sepulveda Blvd. Apt. 240
> Sherman Oaks, CA 91403

2